**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ANTHONY DOMENIC REO** | Case No. 1:19-cv-00003-DAP |
| | Hon. DAN AARON POLSTER |
| Plaintiff, | |
| v. | |
| **DYCK O'NEAL INC** | |

**REO LAW, LLC**
By: Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(P): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for Anthony Domenic Reo*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Anthony Domenic Reo, by and through the undersigned attorney, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby provides notice of the voluntary dismissal, of this action, without prejudice to refiling.

RESPECTFULLY SUBMITTED,

/s/ BRYAN ANTHONY REO
**REO LAW LLC**
By: Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for Anthony Domenic Reo*

1

# Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on January 2, 2019, which should serve said document upon all attorneys of record for the instant civil action:

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Anthony Domenic Reo*