Approved.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
Jan. 3, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY DOMENIC REO**<br><br>        Plaintiff,<br>    v.<br><br>**DYCK O'NEAL INC** | Case No. 1:19-cv-00003-DAP<br><br>Hon. DAN AARON POLSTER |

**REO LAW, LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(P):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Anthony Domenic Reo*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Anthony Domenic Reo, by and through the undersigned attorney, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby provides notice of the voluntary dismissal, of this action, without prejudice to refiling.

RESPECTFULLY SUBMITTED,

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Anthony Domenic Reo*